AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**REGINA HUNTER**
      Plaintiff

ORDER ON APPLICATION
TO PROCEED WITHOUT

V.

PREPAYMENT

**THE ARC OF UNION COUNTY**
      Defendant

Case Number: 10-256 (PGS) (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and

☑ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 5th day of August, 2010

*Katharine S. Hayden*
Signature of Judicial Officer

Katharine S. Hayden